**Opinion filed June 16, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00132-CV

_____

## JOANNE PAULK, D.O., Appellant

## V.

## REGIE BARR, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GLENDA BARR, DECEASED, AND CINDY BARR CREAGER, INDIVIDUALLY, Appellees

On Appeal from the 91st District Court

Eastland County, Texas

Trial Court Cause No. CV-1042047

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court a Joint Motion to Dismiss with Prejudice. In the motion, the parties state, "Appellant no longer wishes to continue her case against Appellees Regie Barr, Individually and as Representative of the Estate of Glenda Barr, Deceased, and Cindy Barr Creager, Individually." Therefore, in accordance with the parties' joint request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

PER CURIAM

June 16, 2011

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.